FILED
2014 Jun-02 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| PAMELA BUSH, | ) |
| Plaintiff, | ) |
| vs. | ) 14-CV-153-LSC |
| LVNV FUNDING, LLC | ) |
| Defendant. | ) |

## ORDER

The parties in this case have stipulated to the court that the case may be dismissed with prejudice. Accordingly, this case is dismissed with prejudice. Costs taxed as paid.

Done this 2nd day of June 2014.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

174310